**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BART GIORDANO,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                Defendants. | Case No. CV 12-10838 SS<br><br>**JUDGMENT** |

    Pursuant to the Court's March 10, 2014 Order Dismissing Action With Prejudice, (Dkt. No. 68),

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  March 11, 2014

                                 /S/
                          _____
                          SUZANNE H. SEGAL
                          UNITED STATES MAGISTRATE JUDGE